**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FODAY SILLAH,

                   *Petitioner,*

        v.

ERIC H. HOLDER, JR., Attorney
General,

                 *Respondent.*

No. 06-73857

Agency No.
A95-588-386

ORDER

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted
December 4, 2007—Seattle, Washington

Filed March 19, 2009

Before: M. Margaret McKeown and Richard R. Clifton,
Circuit Judges, and William W Schwarzer,* District Judge.

---

## ORDER

The opinion filed on March 27, 2008, is withdrawn and replaced by a memorandum disposition filed concurrently. The petition for rehearing is denied.

---

*The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.